# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**VANESSA ALCORN**
        **Plaintiff,**

  v.                                            Case No. 13-C-221

**CAROLYN COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

**IT IS ORDERED** that the Commissioner's unopposed motion (R. 19) for remand for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four, is **GRANTED**. On remand, the Administrative Law Judge ("ALJ") will hold a de novo hearing and issue a new decision. The ALJ will assess the severity of plaintiff's leg injury and further evaluate the opinions of Drs. Caufield, Clark, and Hauer and give reasons for the weight assigned in accordance with 20 C.F.R. § 404.1527 and Social Security Ruling 96-5p, 96-6p, 96-8p; and, as necessary, reassess plaintiff's residual functional capacity and obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on plaintiff's occupational base.

The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 4th day of September, 2013.

                                    /s Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge